### FORT & BARNHART *vs.* FORT.

An attaching creditor, under the *absent debtor act*, until the appointment of trustees, cannot move to set aside a judgment alleged to have been fraudulently confessed by the debtor.

October 4.

D. GARDNER, in behalf of a creditor who had sued out an *attachment* against the property of the defendant as an *absent debtor*, moved to set aside the judgment in the above cause on the ground of its having been fraudulently confessed.

H. P. HUNT, for the plaintiff, objected preliminarily that such a creditor, until trustees were appointed, was not entitled to be heard on such a motion, and cited 20 *Johns. R.* 296.

The objection was sustained by the COURT, and the motion denied.